IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE ST. JOHNS RIVERKEEPER, INC.
and LINDA L. YOUNG,

      Plaintiffs,

vs.                                   CASE NO.: 4:06cv332-SPM/WCS

THE UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,
and STEPHEN JOHNSON, Administrator,
in his official capacity,

THE UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, REGION 4,
and JIMMY PALMER, Administrator,
in his official capacity,

      Defendants.
_____/

## ORDER OF DISMISSAL

This case has been dismissed pursuant to the parties' notice of voluntary dismissal (doc. 72) and Federal Rule of Civil Procedure 41(a)(1)(ii). All pending motions are denied as moot. The clerk shall close this case.

SO ORDERED this 25th day of February, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge